**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VERONICA BAUGH<br>4546 Kinmount Road<br>Lanham, MD 20706<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CAPITOL POLICE<br>and officers X and Y<br>119 D Street N.E.<br>Washington, D.C. 20510<br><br>*Defendants*. | Civil Action No. 22-0139 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, the United States Capitol Police, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. In support of the Notice, Defendant states as follows:

1. The United States Capitol Police is named as a defendant, along with two unnamed United States Capitol Police officers, in a civil action styled *Baugh v. U.S. Capitol Police*, Civil Action No. 2021 CA 003776 B, now pending in the Superior Court of the District of Columbia. *See* Complaint (attached hereto).

2. This action was filed in the Superior Court on or around October 18, 2021, by Veronica Baugh ("Plaintiff"). *Id.* There is no evidence showing that the complaint and summons were properly served upon Defendant under D.C. Superior Court Rule 4(i) or its equivalent Federal Rule of Civil Procedure 4(i). Rather, Plaintiff appears to have served the Office of the Attorney General for the District of Columbia. On or about January 19, 2022, the United States Attorney's Office received a copy of the Complaint from counsel for the United

States Capitol Police.

3. Plaintiff's lawsuit alleges various torts and constitutional violations against the United States Capitol Police based on several alleged interactions between Plaintiff and two unnamed United States Capitol Police officers in Washington D.C. *See generally* Compl. Based on her claims, Plaintiff seeks $3,300,000.00 in damages and attorneys' fees. *Id.* at p. 12.

4. Removal of this matter is authorized pursuant to 28 U.S.C. § 1442(a)(1) because the United States Capitol Police is an agency of the United States.

5. A notice of filing of this Notice of Removal will be filed contemporaneously with this notice in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. 1442(a)(1) and 1446.

Dated: January 20, 2022    Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar # 306656
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2541
Email: christopher.hair@usdoj.gov

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiff by first class mail marked for delivery to:

Venornica Baugh
4546 Kinmount Road
Lanham, MD 20706

*/s/ Christopher C. Hair*
CHRISTOPHER C. HAIR
Assistant United States Attorney