UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERONICA BAUGH,

    *Plaintiff*,

v.

UNITED STATES CAPITOL POLICE et al.,

    *Defendants*.

Civil Action No. 22-139 (TJK)

### ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, ECF No. 12, and the Court's Minute Order of August 28, 2022, it is hereby **ORDERED** that this case is **DISMISSED**.

This is a final, appealable Order. The Clerk of the Court is directed to close the case.

**SO ORDERED**.

                          /s/ Timothy J. Kelly
                          TIMOTHY J. KELLY
                          United States District Judge

Date: August 28, 2022